IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Yul Hill
6705 94th Avenue
Lanham, MD 20706

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

American Design & Build/Tunney, Joe & Sandi
221 Gateway Drive
Bel Air, MD 21014

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. ABA 25CV2032

(to be filled in by the Clerk's Office)

Jury Trial:  ■ Yes   ☐ No
(check one)

em
JUN 24 2025

GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Yul Hill |
   | Street Address | 6705 94th Avenue |
   | City and County | Lanham, Prince George's County |
   | State and Zip Code | MD 20706 |
   | Telephone Number | |
   | E-mail Address | |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | American Design & Build/Tunney, Joe & Sandi |
   | Job or Title (if known) | |
   | Street Address | 221 Gateway Drive |
   | City and County | Bel Air, Harford County |
   | State and Zip Code | MD 21014 |
   | Telephone Number | |
   | E-mail Address (if known) | |

2

**Defendant No. 2**

| | |
|---|---|
| Name | Brian Young |
| Job or Title (if known) | Attorney For Defendants |
| Street Address | 808 S. Main Street |
| City and County | Ber Air  Harford County |
| State and Zip Code | Md. 21014 |
| Telephone Number | 410-836-8836 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The 8th Amendment Cruel and Unusual Punishment, Excessive Fees, and The 14th Amendment. Federal Rule 7 Motion for Abeyance/Stay for the District Court for Prince George's County, Case No. # 0502-0031052-2018

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   One Million Dollars for Punitive Damages! See Attached Documents from BG&E

5

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

American Design and Build (the Defendants hereinafter "ADB") they did an installation of only 12 solar panels on my home at 6705 94th Ave., Lanham-Seabrook, Md. 20706. This alleged installation was to be started on or about 11/2017. This installation was never completed till this day. No Net Meter cause my electric bill to be higher in cost on my bill. "ADB" is false advertising and scamming me out of money for years for not completing the installing and causing me a unfortunate high electricity bill due to the 12 solar panels that was to hookup to my home and my electric panel box without consulting properly installation hookup.

04/04/2018, Attorney Brian Young filed this frivolous lawsuit, and to which he failed to investigate this case, and just took "ADB" word as to the facts. Attorney Young is an 'Officer of the Court' and has submitted 'Fraud on the Court', and this case in in violation of the Statute of Limitations.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

One Million Dollars for Punitive Damages! See Attached Documents from BG&E. These issues started on 11/02/2017, and have continued until this present day. Requesting this Court to grant a stay/abeyance to the case in District Court for Prince George's County, Case No. # # 0502-0031052-2018

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/24, 20 25

Signature of Plaintiff   *Yul Hill*
Printed Name of Plaintiff   Yul Hill

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____